UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

CRIMINAL NO. 16-20012

HONORABLE TERRENCE BERG

v.

MANNY McPHERSON,

Defendant.
_____/

## ORDER EXPEDITING REPORTING DATE

On July 28, 2016, defendant Manny McPherson was sentenced before this Court to a 60 month custodial sentence, and was ordered to voluntarily surrender at a date and time as notified by the Bureau of Prisons. The defendant has agreed to self surrender and be taken into custody by the United States Marshal on August 17, 2016. Therefore, the Court being fully advised in the premises,

IT IS ORDERED that the reporting date be expedited. The defendant is to voluntarily surrender on August 17, 2016 to the US Marshal Service in Flint, Michigan for the commencement of his sentence.

SO ORDERED.

Dated: August 17, 2016

TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 17, 2016, by electronic and/or ordinary mail.

/s/A. Chubb
Case Manager, (810) 341-9764